# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAMORRIS RAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-18-120-SM |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 13, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs be granted in part and denied in part. Plaintiff was advised of his right to object to the Report and Recommendation by March 6, 2018. On February 26, 2018, plaintiff filed his objections. Plaintiff asserts that he does not have sufficient funds to pay both his medical bills and pay his filing fee in this case. Having carefully reviewed plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, the Report and Recommendation, and plaintiff's objections, the Court finds plaintiff is financially able to pay the filing fees in monthly payments.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on February 13, 2018;

(2) GRANTS IN PART and DENIES IN PART plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [docket no. 2]; and

(3) ORDERS plaintiff to make the first $50.00 payment to the Court Clerk by April 1, 2018. Thereafter, plaintiff shall pay $25.00 on or before the first day of each month. Failure to pay the filing fee as directed may result in this matter being dismissed

pursuant to the Federal Rules of Civil Procedure. The Court Clerk shall not issue process until at least $50.00 has been paid toward the filing fees in this matter.

**IT IS SO ORDERED this 2nd day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE